UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARL D. WELLS,

Petitioner,

-against-

EUGENE LEFAVRE, SUPERINTENDENT, FRANKLIN CORRECTIONAL FACILITY.,

Respondent.

25 CIVIL 10500 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the November 18, 2026, order, the Court denies Petitioner's Section 2254 petition because the Court lacks habeas corpus jurisdiction to consider this action. Accordingly, the Court denies all pending requests. (ECF 4, 5, 6, 7, 8, 9, 10, 11.) Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

SO ORDERED.

Dated: November 20, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge